UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 18-616 (RBK) |
| | : | |
| KRISTIE MASUCCI | : | |

**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES**

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant.

CRAIG CARPENITO
United States Attorney

**/s/  R. David Walk, Jr.**

By: R. David Walk, Jr.
     Christina O. Hud
Assistant United States Attorneys

Date:  August 5, 2019