DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

2019 AUG 20 P 3: 25
CLERK U.S. DISTRICT COURT DISTRICT OF NEW JERSEY RECEIVED

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 8-616 |
| v. | **REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS** (Requestor Not Represented by Counsel) |
| Defendant(s). | |

I, **Amy Rosenberg / Philly Inquirer**, wish to obtain a copy of the sentencing materials submitted to the Court on 8/5/2019, 8-9/2019, 8-19-2019 in this case as to defendant, **Krishe Masucci**. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: → arosenberg@inquirer.com ←

Address:

Judge Kugler
email please      arosenberg@inquirer.com
for sentencing memorandums + reply

By: _____