UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. KUGLER<br>UNITED STATES DISTRICT JUDGE | MITCHELL H. COHEN U.S. COURTHOUSE<br>1 John F. Gerry Plaza – Room 6040<br>Camden, NJ   08101<br>856-757-5019 |

August 21, 2019

TO:   ALL COUNSEL

Re:   United States v. Kristie Masucci
         Crim. No. 18-616 (RBK)

Dear Counsel:

Amy Rosenberg, from The Philadelphia Inquirer, has filed a Request for Sentencing Materials (Doc. No. 20).   In accordance with the Protocol for Disclosure of Sentencing Materials adopted by this Court, I request that counsel for both sides confer to determine what information is to be redacted from the requested Sentencing Materials.

Thank you.

Very truly yours,

s/Robert B. Kugler

ROBERT B. KUGLER
United States District Judge