UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT B. KUGLER<br>UNITED STATES DISTRICT JUDGE | MITCHELL H. COHEN U.S. COURTHOUSE<br>1 John F. Gerry Plaza – Room 6040<br>Camden, NJ   08101 |

August 29, 2019

TO:   ALL COUNSEL

Re:   United States v. Kristie Masucci
      Criminal No. 18-616(RBK)

Dear Counsel:

As a follow up to my letter of August 21, 2019, I intend to release your sentencing memoranda to Amy Rosenberg on September 11, 2019, unless you can show how any portions would work an injustice on any person or organization.   So please complete your joint efforts to jointly redact personal or prejudicial materials.

Thank you.

                                              Very truly yours,

                                              s/Robert B. Kugler
                                              ROBERT B. KUGLER
                                              United States District Judge

RBK:mg